UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | No. 2:19-cv-307-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. LOTERZSTAIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants Dirisu and Loterzstain request an extension of time file a responsive pleading. ECF No. 28.

Defendants' request is granted in that they have an additional 65 days, up to and including July 2, 2020, to file their responsive pleading.

So ordered.

Dated: April 20, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE