IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,** | Case No. 2:19-cv-00307 JAM EFB |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **LOTERZSTAIN, et al.,** | |
| Defendants. | |

Defendants F. Dirisu and M. Lotersztain request that the Court extend their deadline to file a responsive pleading to Plaintiff Sheldon Ray Newsome's Second Amended Complaint (ECF No. 18) until further order of the Court on their pending motion to dismiss under 28 U.S.C. § 1915(e)(2)(A).  Defendants filed this request in order to preserve the parties' resources should the motion to dismiss be ~~granted~~ denied.

Good cause appearing, Defendants' request is **GRANTED**.  Defendants are relieved of their obligation to respond to Plaintiff's second amended complaint until further order of the Court on Defendants' motion to dismiss.

Dated: July 1, 2020.

_____
The Honorable Edmund F. Brennan