1

2                       UNITED STATES DISTRICT COURT

3                   FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5      SHELDON RAY NEWSOME,                    No.  2:19-cv-0307-JAM-EFB P

6                 Plaintiff,

7           v.                                 ORDER

8      M. LOTERZSTAIN, et al.,

9                 Defendants.

10

11          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

12     under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

13     28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

14          On January 22, 2020, the magistrate judge filed findings and recommendations herein

15     which were served on plaintiff and which contained notice to plaintiff that any objections to the

16     findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

17     objections to the findings and recommendations.

18          The court has reviewed the file and finds the findings and recommendations to be

19     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

20     ORDERED that:

21          1.  The findings and recommendations filed January 22, 2020, are adopted in full; and

22          2.  Plaintiff's claims against defendant Austin are dismissed without prejudice.

23

24     DATED:  August 10, 2020

25                                        /s/ John A. Mendez_____

26                                        UNITED STATES DISTRICT COURT JUDGE

27

28

                                               1