UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00307-JAM-JDP (PC)<br><br>ORDER FOR DEFENDANTS TO SHOW CAUSE WHY NO RESPONSIVE PLEADING HAS BEEN FILED |

　　　　After service of the summons and operative complaint, defendants were granted two extensions to file responsive pleadings. ECF Nos. 29, 32. In lieu of answering the complaint, defendants filed a motion to dismiss on June 25, 2020. ECF No. 30; *see also* Fed. R. Civ. P. 12(a)(4) (extending the time to file and serve a responsive pleading when a motion to dismiss is pending). On September 9, 2020, defendants' motion to dismiss was resolved by an order adopting finding and recommendations to deny defendants' motion to dismiss. ECF No. 41. Defendants had 14 days from the date of that order to file a responsive pleading but have failed to do so. *See* Fed. R. Civ. P. 12(a)(4)(A). Thus, defendants are ordered to show cause why no responsive pleading has been filed.

　　　　Dated: October 25, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1