UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>　　　　Defendants. | Case No.  2:19-cv-00307-JAM-JDP (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 44 |

For good cause shown, the court's order for defendants to show cause why no responsive pleading has been filed, ECF No. 44, is discharged.

DATED: October 27, 2020

_____
UNITED STATES MAGISTRATE JUDGE