UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00307-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME AND TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 52 |

Defendants have filed a motion for an extension of time to respond to plaintiff's discovery requests and to modify the discovery and scheduling order. ECF No. 52.

Good cause appearing, it is hereby ORDERED that:

1. Defendants' motion, ECF No. 52, is granted.

2. Defendants are granted until June 3, 2021 to serve responses to plaintiff's interrogatories, requests for production of documents, and requests for admissions.

3. The November 9, 2020 discovery and scheduling order, ECF No. 48, is modified as follows:

    a. the deadline for completion of all discovery, including filing motions to compel discovery, is extended to June 24, 2021; and

    b. the deadline for filing dispositive motions is extended to August 27, 2021.

IT IS SO ORDERED.

Dated: May 14, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE