IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,** | Case No. 2:19-cv-00307-JAM-JDP |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **M. LOTERZSTAIN, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Motion to Modify the Scheduling Order is GRANTED. The last day to file dispositive motions is now November 27, 2021.

IT IS SO ORDERED.

Dated:  July 21, 2021  
_____  
JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE