UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>                Plaintiff,<br><br>          v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>                Defendants. | Case No.  2:19-cv-00307-JAM-JDP (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL, GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER, AND SETTING A BRIEFING SCHEDULING<br><br>ECF Nos. 58, 63, 67 |

There are several motions pending in this case.  First, plaintiff has filed a motion to compel defendants to provide further responses to his discovery requests, ECF No. 58, in response to which defendants timely filed an opposition, ECF No. 60.  Thereafter, defendants filed a motion for summary judgment—arguing that some, but not all, claims should be dismissed for failure to exhaust administrative remedies—together with a motion to stay discovery and to vacate the dispositive motions deadlines in the November 9, 2020 scheduling order.  ECF Nos. 61 & 63.  Plaintiff has not yet filed an opposition to defendants' motion for summary judgment.  Defendants have filed an additional motion to vacate the dispositive motions deadline or, in the alternative, to modify the scheduling order pending resolution of their motion for summary judgment.  ECF No. 67.

In light of defendants' pending motion for summary judgment, ECF No. 61, the court finds good cause to stay discovery and to vacate the dispositive motions deadline.  If defendants'

motion is resolved in their favor, plaintiff's retaliation claim against defendant Dirisu and part of his Eighth Amendment claim against defendant Loterzstain will be dismissed, *see id.* at 1, which would narrow the scope of discovery. Accordingly, the November 9, 2020 scheduling order, ECF No. 48, will be modified to vacate all current deadlines. Upon resolution of defendants' summary judgment motion, the court will set new deadlines for the completion of discovery and the filing of dispositive deadlines. Plaintiff will be granted until February 10, 2022, to file a response to defendants' motion for summary judgment. In light of this order, defendants' second motion to modify the scheduling order, ECF No. 67, is denied as moot.

Plaintiff's motion to compel, ECF No. 58, which seeks further responses to discovery aimed at the merits of plaintiff's claims, will be denied without prejudice. Plaintiff may renew his motion, if necessary, after the motion for summary judgment is resolved.

Plaintiff has two other outstanding motions: a motion to compel, which the court construes as a motion for injunctive relief, alleging that defendants are tampering with his mail and withholding legal documents, ECF No. 65; and a motion for injunctive relief, requesting a transfer to a different facility, ECF No. 70. Defendants have responded to ECF No. 65, but they have not responded to ECF No. 70. Because these motions are susceptible to concurrent resolution, the court will defer ruling on them at this time and will grant defendants until February 10, 2022, to file a response to plaintiff's latter motion for injunctive relief.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to compel further responses, ECF No. 58, is denied without prejudice.

2. Defendant's motion to modify the scheduling order, ECF No. 63, is granted.

3. Defendant's second motion to modify the scheduling order, ECF No. 67, is denied.

4. Plaintiff has until February 10, 2022, to file a response to defendant's motion for summary judgment.

5. Defendants have until February 10, 2022, to file a response to plaintiff's motion for summary judgement.

6. Parties will have seven days following the service of any responsive filing, if necessary, to file their replies.

7. The November 9, 2020 discovery and scheduling order, ECF No. 48, is modified as follows:

    a. all deadlines for discovery and the filing of dispositive motions are vacated; and

    b. an amended scheduling order will be issued following resolution of the outstanding motions, ECF Nos. 61, 65, & 70.

IT IS SO ORDERED.

Dated:   January 11, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3