UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELDON RAY NEWSOME,

         Plaintiff,

    v.

M. LOTERZSTAIN, *et al.*,

         Defendants.

Case No.  2:19-cv-00307-DAD-JDP (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

ECF No. 99

Plaintiff has filed a motion for an extension of time to file objections to the December 19, 2022 findings and recommendations.  ECF No. 98.  Good cause appearing, it is hereby ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 99, is granted.

    2.  Plaintiff is granted until February 1, 2023, to file objections to the December 19, 2022 findings and recommendations.

IT IS SO ORDERED.

Dated:    December 28, 2022  

                                 
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE