UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | Case No. 2:19-cv-00307-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| M. LOTERZSTAIN, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion styled as a motion to postpone court proceedings. ECF No. 141. Plaintiff states that he "is at a point to file an objection to the magistrate order of July 17, 2023," but that he was transferred to a different prison without his legal materials. *Id.* at 1-2. The court construes this motion as a request for additional time to file objections to the court's July 18, 2023 order denying plaintiff's motion for spoliation. *See* ECF No. 135. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion styled as a motion to postpone court proceedings, ECF No. 141, is construed as a motion for an extension of time and is granted.

2. Plaintiff is granted thirty days from the date of this order to file objections to the July 18, 2023 order.

IT IS SO ORDERED.

Dated:   August 9, 2023  

                    JEREMY D. PETERSON
                    UNITED STATES MAGISTRATE JUDGE