1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHELDON RAY NEWSOME,                    No.  2:19-cv-00307-DAD-JDP (PC)

12            Plaintiff,

13       v.                                  ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DENYING
14   M. LOTERZSTAIN, et al.,                 PLAINTIFF'S MOTIONS FOR
                                             PRELIMINARY INJUNCTIVE RELIEF
15            Defendants.
                                             (Doc. Nos. 130, 133, 139)
16

17          Plaintiff Sheldon Ray Newsome is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 22, 2023 and July 10, 2023, plaintiff filed motions requesting that the court order

21   California Health Care Facility (which is not a named defendant in this action) to medically

22   evaluate him because certain physicians (who are also not named defendants in this action) had

23   refused to provide plaintiff with unspecified medical care.  (Doc. Nos. 130, 133.)  On July 31,

24   2023, the assigned magistrate judge issued findings and recommendations construing plaintiff's

25   motions as motions for preliminary injunctive relief and recommending that those motions "be

26   denied as insufficiently related to the allegations against other defendants at issue in this suit."

27   (Doc. No. 139.)  The pending findings and recommendations were served on the parties and

28   contained notice that any objections thereto were to be filed within fourteen (14) days after

1

service.  (*Id.* at 4.)  On August 18, 2023, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 146.)  On September 21, 2023, plaintiff filed supplemental objections to the pending findings and recommendations.  (Doc. No. 150.)  Defendant Loterzstain, the only remaining defendant in this action, did not file any objections or a response to plaintiff's objections to the pending findings and recommendations.

In his initial objections, plaintiff does not address the substance of the pending findings and recommendations.  Rather, plaintiff merely expresses his disagreement with the magistrate judge's decision to deny plaintiff's motion for the appointment of counsel and motion for sanctions, neither of which pertain to the pending findings and recommendations recommending that plaintiff's motions for preliminary injunctive relief be denied.  (Doc. No. 146 at 1–2.)  In his supplemental objections, plaintiff vaguely asserts that he is not seeking preliminary injunctive relief but is instead hoping that the court will issue an "order to have him evaluated by unbias PhD [sic] for purpose of proof to this court that his green card doctors deliberately deny him a U.S. citizen his 8th amendment rights to adequate health care."  (Doc. No. 150 at 5.)  Plaintiff's objections in this regard simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's initial and supplemental objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.    The findings and recommendations issued on July 31, 2023 (Doc. No. 139) are adopted in full;

2.    Plaintiff's motions for injunctive relief (Doc. No. 130, 133) are denied; and

/////

/////

/////

/////

2

3.     This matter is referred back to the assigned magistrate judge for further

proceedings.

IT IS SO ORDERED.

Dated:   **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE