UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | Case No. 2:19-cv-00307-DAD-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | SETTING STATUS CONFERENCE |
| M. LOTERZSTAIN, *et al.*, | March 7, 2024 at 10:00 a.m. |
| Defendants. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Motion practice has concluded. This action now proceeds only on plaintiff's claims brought against defendant Loterzstain for retaliation and for deliberate indifference related to both plaintiff's transfer from CMF OHU and the alleged deprivation of his access to specialists at UCSF.

The court will hold a status conference on March 7, 2024, at 10:00 a.m. The parties should be prepared to discuss whether they are interested in a settlement conference, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution.

1

Accordingly, it is hereby ORDERED that the court will hold a status conference by Zoom on March 7, 2024, at 10:00 a.m. to discuss the matters identified above.

IT IS SO ORDERED.

Dated:    January 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE