UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>**ORDER**<br><br>VACATING THE COURT'S JANUARY 12, 2024 ORDER, AND RESETTING THE DISPOSITIVE MOTION DEADLINE AS JUNE 1, 2024 |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On January 12, 2024, the court set this matter for a status conference. ECF No. 155. Considering defendant's response to that order, ECF No. 156, the court will vacate the January 12 order and modify the November 9, 2020 scheduling order to reset the dispositive motion deadline as May 31, 2024.

Accordingly, it is hereby ORDERED that:

1. The January 12, 2024 order, ECF No. 155, is vacated.

2. The November 9, 2020 scheduling order is modified to reset the dispositive motion deadline as May 31, 2024.

1

IT IS SO ORDERED.

Dated: __January 23, 2024__  
                                                JEREMY D. PETERSON  
                                                UNITED STATES MAGISTRATE JUDGE