UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>    Plaintiff,<br><br>  v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF AN EXPERT WITNESS<br><br>ECF No. 160 |

    Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. Plaintiff moves for the appointment of expert witness to give an opinion on his damages and to rebut defendants' medical experts. ECF No. 160 at 1. Plaintiff cannot obtain appointment of an expert witness for his own benefit. Rule 706(a) permits the court to appoint only neutral expert witnesses. *See Students of Cal. School for the Blind v. Honig*, 736 F.2d 538, 549 (9th Cir. 1984). Moreover, "28 U.S.C. § 1915 . . . does not authorize the court to appoint an expert for plaintiff's benefit to be paid by the court." *Gorton v. Todd*, 793 F. Supp. 2d at 1171, 1184 n.11 (E.D. Cal. 2011). If the court were ever to appoint an expert witness, the expert would be appointed to assist the trier of fact, and not to collect and interpret evidence or respond to defenses brought by defendants. *See Lopez v. Scribner*, No. CVF045595 OWW-DLB P, 2007 WL 1215420, at *1 (E.D. Cal. Apr. 24, 2007) ("The function of an expert witness is to testify at trial to assist the trier of fact in understanding the evidence.").

1

1  Accordingly, it is hereby ORDERED that plaintiff's motion for the appoint of expert
2  witnesses, ECF No. 160, is denied.

IT IS SO ORDERED.

Dated: April 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE