IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**LOTERZSTAIN, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>~~[PROPOSED]~~ **ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Fourth Motion to Modify the Scheduling Order is **GRANTED**.  The deadline to file dispositive motions is now on or before July 31, 2024.

IT IS SO ORDERED.

Dated:  May 20, 2024　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　	　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1