IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHELDON RAY NEWSOME,**<br><br>                                        Plaintiff,<br><br>        v.<br><br>**LOTERZSTAIN, et al.,**<br><br>                                        Defendants. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion for Administrative Extension of Time is **GRANTED**.  The deadline for Defendant to oppose Plaintiff's motion for summary judgment is now on or before July 31, 2024.

IT IS SO ORDERED.

Dated:    May 29, 2024                                         _____
                                                                            JEREMY D. PETERSON
                                                                            UNITED STATES MAGISTRATE JUDGE