UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>    Plaintiff,<br><br>v.<br><br>M. LOTERZSTAIN, et al.,<br><br>    Defendants. | Case No. 2:19-cv-0307 DAD JDP P<br><br>**ORDER**<br><br>GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 175 |

Plaintiff filed a motion for extension of time to file an opposition to defendant's cross-motion for summary judgment filed on July 31, 2024. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 175, is granted in part; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an opposition to defendant's cross-motion for summary judgment.

IT IS SO ORDERED.

Dated:   August 20, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1