UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>     Plaintiff,<br><br>     v.<br><br>M. LOTERZSTAIN, *et al.*,<br><br>     Defendants. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>**ORDER**<br><br>GRANTING IN PART PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 177 |

Plaintiff has filed his second request for an extension of time to file an opposition to defendant's cross-motion for summary judgment filed on July 31, 2024.[1] Good cause appearing, the request will be granted in part. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 177, is granted in part; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendant's cross-motion for summary judgment. No further extensions of time will be granted absent extraordinary circumstances.

---

[1] Plaintiff labeled this motion as a request for additional time to file an answer to defendant's cross complaint. *See* ECF No. 177. As defendant has not filed a cross complaint, the court understands plaintiff's filing to request time to file an opposition to defendant's cross motion for summary judgment.

1

IT IS SO ORDERED.

Dated:  October 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE