UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME, | Case No. 2:19-cv-00307-DAD-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION FOR RULING |
| M. LOTERZSTAIN, *et al.*, | |
| Defendants. | ECF Nos. 162 & 168 |

Plaintiff brought this case alleging that defendant violated his Eighth Amendment rights by denying him constitutionally adequate medical care. This order resolves two of his pending motions.

First, he requests reconsideration of my denial of his request for appointment of an expert witness. ECF Nos. 160, 161, & 162. As I explained in my order denying his request, such appointment for his benefit is not permitted. "28 U.S.C. § 1915 . . . does not authorize the court to appoint an expert for plaintiff's benefit to be paid by the court." *Gorton v. Todd*, 793 F. Supp. 2d at 1171, 1184 n.11 (E.D. Cal. 2011). And, to the extent plaintiff argues one should be appointed to assist the trier of fact, I find that argument unpersuasive at this time. Currently, I see no need for an expert witness. Plaintiff's request for reconsideration is denied.

1

Second, plaintiff requests that I rule on a previous motion to compel, ECF No. 58. I denied that motion in January 2022 and explained to plaintiff that he could, after other, pending motions were resolved, renew that motion. ECF No. 71. The pending motions were resolved in February 2023, when the district judge adopted my findings and recommendations. ECF No. 109. Plaintiff then waited more than a year, until May 2024, to ask for a ruling on his motion to compel.[1] Summary judgment motions, including his own, are now pending. ECF Nos. 165 & 173. Plaintiff's motion for ruling is denied.

Accordingly, it is ORDERED that plaintiff's motions for reconsideration, ECF No. 162, and for ruling, ECF No. 168, are DENIED.

IT IS SO ORDERED.

Dated:   October 17, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Such a ruling would be improper regardless. The old motion was terminated. Plaintiff was instructed that he could renew it or, in other words, refile it as a new motion at the appropriate time.