UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>   Plaintiff,<br><br>   v.<br><br>M. LOTERSZTAIN,<br><br>   Defendant. | Case No. 2:19-cv-00307-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CLOSING CASE<br><br>(Doc. Nos. 165, 173, 182) |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2024, plaintiff filed a motion seeking summary judgment in his favor as to his claims that defendant Dr. M. Lotersztain violated his Eighth Amendment rights by removing him from the Out-Patient Housing Unit ("OHU"), and his First Amendment rights by doing so in retaliation for his reports about another provider's misconduct. (Doc. No. 165.) Thereafter, on July 31, 2024, defendant Dr. Lotersztain filed a cross motion for summary judgment as to both of plaintiff's claims brought against her. (Doc. No. 173.) On December 20, 2024, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion for summary judgment be granted and plaintiff's motion for summary judgment be denied. (Doc. No. 182.) Specifically, the magistrate judge concluded that the evidence before the court on

1

1  summary judgment established that defendant Dr. Lotersztain was not deliberately indifferent to
2  plaintiff's serious medical needs and that her actions taken as to plaintiff were motivated by a
3  legitimate penological purpose.  (*Id.* at 4–7.)

4  Those findings and recommendations were served on all parties and advised that any
5  objections to the findings and recommendations were to be filed within fourteen (14) days of
6  service.  (*Id.* at 7.)  On December 30, 2024, plaintiff timely filed his objections to the pending
7  findings and recommendations.  (Doc. No. 183.)  On January 15, 2025, defendant filed a response
8  to plaintiff's objections.  (Doc. No. 184.)

9  In his objections, plaintiff argues that immediately upon his arrival at his next institution
10  of confinement, after his discharge from the OHU at the California Medical Facility ("CMF"), he
11  was immediately referred to the highest level of medical care thus evidencing that defendant Dr.
12  Lotersztain did exacerbate his medical condition in violation of his rights under the Eighth
13  Amendment.  (Doc. No. 183 at 1.)  In response, defendant argues that in his objections plaintiff
14  ignores the intervening medical events between his discharge from the OHU at CMF and his later
15  transfer to RJ Donovan, a transfer that defendant Dr. Lotersztain was not involved in according to
16  the evidence on summary judgment.  (Doc. No. 184 at 1–3.)  Defendant also notes that plaintiff
17  presented no objection to the recommendation that defendant's motion for summary judgment be
18  granted as to plaintiff's retaliation claim.  (*Id*. at 4.)  Defendant's arguments presented in response
19  to plaintiff's objections are entirely persuasive.

20  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
21  court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
22  court finds the findings and recommendations to be supported by the record and by proper
23  analysis.

24  Accordingly:
25  1.  The findings and recommendations (Doc. No. 182), are adopted in full;
26  2.  Defendant's motion for summary judgment (Doc. No. 173), is GRANTED and
27      judgment is hereby entered in defendant's favor;
28  3.  Plaintiff's motion for summary judgment (Doc. No. 165), is DENIED; and

2

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 31, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3